UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND CLARK, | ) | Case No. CV 17-3002-MWF(AJW) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
|     Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: December 20, 2017

_____
Michael W. Fitzgerald
United States District Judge